█ In the Matter of ABRAHAM A. HILTZIK et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator which denied, after consideration *de novo*, a protest to orders of a Local Rent Administrator reducing increases in the maximum rents of housing accommodations granted by previous orders, the appeal is from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.